

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-20-00026-CV

_____

MYANNA M. MINER, INDIVIDUALLY, AND AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF NATHANIEL ELIJAH PEREZ,
DECEASED, Appellant

V.

KENNETH M. HEYM, M.D. AND COOK CHILDREN'S PHYSICIAN
NETWORK, Appellees

On Appeal from the 153rd District Court
Tarrant County, Texas
Trial Court No. 153-287210-16

Before Womack, J.; Sudderth, C.J.; and Wallach, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 20, 2020